CITIZENS BANK OF PA.

v.

RIM, D.

760 EDA 2016

Superior Court of Pennsylvania.

09/08/2017

No. 2015–03289 (Montgomery)

Affirmed

COM.

v.

WILLIAMS, R.

1631 EDA 2016

Superior Court of Pennsylvania.

09/08/2017

CP–51–CR–0011614–2007 (Philadelphia)

Quashed

JACKSON, J.

v.

COPS MONITORING

1944 EDA 2016

Superior Court of Pennsylvania.

09/08/2017

February Term, 2015 No. 03319 (Philadelphia)

Affirmed

SHARED COMMUNICATIONS

v.

GOLDMAN, SACHS & CO.

2379 EDA 2016

Superior Court of Pennsylvania.

09/08/2017

No. 2013–12661–MJ (Chester)

Affirmed

COM.

v.

COLLINS, R.

2522 EDA 2016

Superior Court of Pennsylvania.

09/08/2017

CP–51–CR–0511331 –2006 (Philadelphia)

Affirmed/Remanded

The BANK OF NEW YORK MELLON

v.

DIMOU, J.

2596 EDA 2016

Superior Court of Pennsylvania.

09/08/2017

2013–C–4050 (Lehigh)

Affirmed

